**Joe L. BAILEY, Plaintiff–Appellant**

v.

**DEUTSCHE BANK TRUST COMPANY AMERICAS, as Trustee for Residential Accredit Loans, Inc., Mortgage Assets–Backed Pass-Through Certificates, Series 2007–QS3 aka RALI Ser-**

of Missouri.

ies 2007–QSE Trust; Wells Fargo Bank, N.A. successor by merger to Wachovia Mortgage Corporation, Defendants–Appellees.

No. 15–2137.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 19, 2016.

Filed: Feb. 2, 2016.

Joe L. Bailey, Lee's Summit, MO, pro se.

Erick D. Martin, Bryan Cave LLP, St. Louis, MO, Tracy R. Hancock, Bryan Cave LLP, Kansas City, MO, for appellee.

Before SMITH, BOWMAN, and KELLY, Circuit Judges.

PER CURIAM.

In this action challenging the non-judicial foreclosure sale of his Missouri residence, Joe Bailey appeals after the district court [1] granted a Fed.R.Civ.P. 12(b)(6) motion to dismiss his complaint. Upon careful de novo review, *see Levy. v. Ohl*, 477 F.3d 988, 991 (8th Cir.2007) (standard of review), we conclude that the complaint was properly dismissed, as nothing in Bailey's complaint indicated that the challenged conduct was carried out by a party that was not the lawful holder of his promissory note. *See Lackey v. Wells Fargo Bank, N.A.*, 747 F.3d 1033, 1037–38 (8th Cir.2014) (discussing rights and powers of holder of promissory note under Missouri law); *see also Fullington v. Pfizer, Inc.*,

---

1. The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

720 F.3d 739, 747 (8th Cir.2013) (appellate court may affirm on any basis supported by record).

Accordingly, we affirm. *See* 8th Cir. R. 47B.